IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREW BRYCE OWENS                                                    PLAINTIFF

v.                                    Case No. 6:26-cv-06047

OFFICER COMBS; and
OFFICER STOCKWELL                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on June 10, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Ford found that Plaintiff sufficiently alleged Fourth Amendment excessive force claim against Defendant Combs and recommends that Plaintiff's individual capacity claim[1] of excessive force against Defendant Combs proceed. *Id.* at 4. Judge Ford also found that Plaintiff failed to allege any facts about Defendant Stockwell and recommends that Plaintiff's claim against Defendant Stockwell be dismissed. *Id.*

Plaintiff has not objected to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's claim against Defendant Stockwell is **DISMISSED**. Plaintiff's individual capacity claim of excessive force against Defendant Combs may **PROCEED**.

**IT IS SO ORDERED**, this 8th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] Plaintiff proceeds against Defendants in their individual capacity alone. ECF No. 9, at 5.